CO-386-online
10/03

# United States District Court
# For the District of Columbia

**FILED**

APR 2 9 2008

**Clerk, U.S. District and Bankruptcy Courts**

Kambiz Fattahi                      )
                                    )
                                    )
                                    )
                                    )
                    Plaintiff       )     C: ·· · · ··
                                    )          Case: 1:08-cv-00744
         vs                         )          Assigned To : Friedman, Paul L.
                                    )          Assign. Date : 4/29/2008
Georgetown University               )          Description: Civil Rights-Non-Employ.
                                    )
                    Defendant       )

## CERTIFICATE RULE LCvR 7.1

I, the undersigned, counsel of record for  **Kambiz Fattahi**  certify that to the best of my knowledge and belief, the following are parent companies, subsidiaries or affiliates of  **Georgetown University**  which have any outstanding securities in the hands of the public:

To the best of my knowledge and belief, Georgetown University has no parent companies, subsidiaries or affiliates.

These representations are made in order that judges of this court may determine the need for recusal.

Attorney of Record

Signature

David Wachtel
Print Name

427890
BAR IDENTIFICATION NO.

1775 T Street NW
Address

Washington,  D.C.          20001
City          State          Zip Code

(202) 745-1942
Phone Number