**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

|  |  |  |
|---|---|---|
| **KAMBIZ FATTAHI** | ) | |
|  | ) | |
| Plaintiff, | ) | Docket No. 08 CV 00744 |
|  | ) | |
| vs. | ) | Judge Paul L. Friedman |
|  | ) | |
| **GEORGETOWN UNIVERSITY, et al.** | ) | |
|  | ) | |
| Defendants. | ) | |

**NOTICE OF APPEARANCE**

To the Clerk of this Court and all parties of record:

    Please enter the appearance of Richa Shyam Dasgupta as counsel in this case for Defendant Georgetown University.

                                Respectfully submitted,

                                  /s/ Richa S. Dasgupta

May 23, 2008                       WILLIAMS & CONNOLLY LLP
                                       Richa S. Dasgupta, D.C. Bar No. 500509
                                       725 Twelfth Street, N.W.
                                       Washington, D.C. 20005
                                       rdasgupta@wc.com
                                       (202) 434-5000
                                       (202) 434-5059 (fax)

                                       *Attorney for Defendant Georgetown University*

**CERTIFICATE OF SERVICE**

     I certify that the foregoing document was filed with the Court on the 23rd Day of May, 2008, and that service was made via ECF and by First Class Mail to:

        David Wachtel
        Barnabei & Wachtel, PLLC
        1775 T Street N.W.
        Washington, D.C. 20009


        /s/ Richa S. Dasgupta
        Richa S. Dasgupta