# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **KAMBIZ FATTAHI** ) | |
| ) | |
| Plaintiff, ) | Docket No. 08 CV 00744 |
| ) | |
| vs. ) | Judge Paul L. Friedman |
| ) | |
| **GEORGETOWN UNIVERSITY, et al.** ) | |
| ) | |
| Defendants. ) | |

## NOTICE OF APPEARANCE

To the Clerk of this Court and all parties of record:

    Please enter the appearance of Malachi B. Jones, Jr. as counsel in this case for Defendant Georgetown University.

Respectfully submitted,

May 23, 2008

   /s/ Malachi B. Jones, Jr.
WILLIAMS & CONNOLLY LLP
Malachi B. Jones, Jr. D.C. Bar No. 455555
725 Twelfth Street, N.W.
Washington, D.C. 20005
mbjones@wc.com
(202) 434-5000
(202) 434-5059 (fax)

*Attorney for Defendant Georgetown University*

## CERTIFICATE OF SERVICE

      I certify that the foregoing document was filed with the Court on the 23rd Day of May, 2008, and that service was made via ECF and by First Class Mail to:

>David Wachtel
>Barnabei & Wachtel, PLLC
>1775 T Street N.W.
>Washington, D.C. 20009

                      /s/ Richa S. Dasgupta
                      Richa S. Dasgupta