IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **KAMBIZ FATTAHI** | ) | |
| | ) | |
| Plaintiff, | ) | Docket No. 08 CV 00744 |
| | ) | |
| vs. | ) | Judge Paul L. Friedman |
| | ) | |
| **GEORGETOWN UNIVERSITY, et al.** | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

### NOTICE OF APPEARANCE

To the Clerk of this Court and all parties of record:

    Please enter the appearance of John J. Buckley, Jr. as counsel in this case for Defendant Georgetown University.

                            Respectfully submitted,

                             /s/ John J. Buckley, Jr.
May 23, 2008                  WILLIAMS & CONNOLLY LLP
                            John J. Buckley, Jr., D.C. Bar No. 925081
                            725 Twelfth Street, N.W.
                            Washington, D.C. 20005
                            jbuckley@wc.com
                            (202) 434-5000
                            (202) 434-5059 (fax)

*Attorney for Defendant Georgetown University*

## CERTIFICATE OF SERVICE

     I certify that the foregoing document was filed with the Court on the 23rd Day of May, 2008, and that service was made via ECF and by First Class Mail to:

>David Wachtel
>Barnabei & Wachtel, PLLC
>1775 T Street N.W.
>Washington, D.C. 20009

                                          /s/ Richa S. Dasgupta
                                          Richa S. Dasgupta