IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| KAMBIZ FATTAHI ) | |
| ) | |
| Plaintiff, ) | Docket No. 08 CV 00744 |
| ) | |
| v. ) | Judge Paul L. Friedman |
| ) | |
| GEORGETOWN UNIVERSITY, et al. ) | |
| ) | |
| Defendants. ) | |

**CONSENT MOTION FOR AN EXTENSION
OF TIME TO RESPOND TO THE COMPLAINT**

Defendant Georgetown University ("Georgetown") moves the Court for an extension of the date by which Defendants Georgetown, Darryl Harrison, Winfred Walton and Randolph Christian may answer, move, or otherwise respond to Plaintiff Kambiz Fattahi's Complaint until June 23, 2008. The Complaint was filed on April 29, 2008. There have been no other extensions requested in this matter, and there are currently no other deadlines or proceedings in this case that might be impacted if this extension were granted.

Counsel for Plaintiff has consented to the relief sought herein.

May 23, 2008                                           Respectfully submitted,

                                                                /s/ Richa S. Dasgupta
WILLIAMS & CONNOLLY LLP
John J. Buckley, Jr., D.C. Bar No. 925081
Malachi B. Jones, D.C. Bar No. 455555
Richa S. Dasgupta, D.C. Bar No. 500509
725 Twelfth Street, N.W.
Washington, D.C. 20005
(202) 434-5000
(202) 434-5029 (Fax)

*Of Counsel:*
Jane E. Genster, D.C. Bar No. 939850
Vice President and General Counsel
Georgetown University
37th & O Streets, NW
Washington, DC 20057
(202) 687-6500
(202) 687-6527 (fax)

*Attorneys for Defendant Georgetown University*

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **KAMBIZ FATTAHI** ) | |
| ) | |
| Plaintiff, ) | Docket No. 08 CV 00744 |
| ) | |
| v. ) | Judge Paul L. Friedman |
| ) | |
| **GEORGETOWN UNIVERSITY, et al.** ) | |
| ) | |
| Defendants. ) | |

## PROPOSED ORDER

Having considered Defendant's Consent Motion For An Extension Of Time To Respond To The Complaint, that Motion is GRANTED.  Defendants Georgetown University, Darryl Harrison, Winfred Walton and Randolph Christian shall have up to and through June 23, 2008 to file their response to the Complaint in this matter.

_____                    _____
Date                                                                  The Honorable Paul L. Friedman
                                                                              United States District Judge

**CERTIFICATE OF SERVICE**

    I certify that the foregoing document was filed with the Court on the 23rd Day of May, 2008, and that service was made via ECF and by First Class Mail to:

>David Wachtel
>Barnabei & Wachtel, PLLC
>1775 T Street N.W.
>Washington, D.C. 20009


    /s/ Richa S. Dasgupta
    Richa S. Dasgupta