**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| KAMBIZ FATTAHI, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | |
| GEORGETOWN UNIVERSITY, *et al.* ) | Civil Action No. 08 CV 00744 (PLF) |
| ) | |
| Defendants. ) | |
| ) | |

## SCHEDULING ORDER

The parties to this lawsuit have met and submitted a report on their agreements pursuant

to Local Civil Rule 16.3.  For the reasons stated in that report, and in light of the entire record in

this case, the Court hereby orders:

1.  The parties may conduct discovery to the extent permitted by the Local Rules and the

Federal Rules of Civil Procedure.  Discovery shall continue until October 1, 2008.  The parties

believe a protective order is appropriate in this case and are filing such a proposed protective

order contemporaneously with this report.

2.  The parties disagree as to the timing of expert discovery.  Plaintiff asks that the Court

follow the schedule required in Rule 26(a)(2) and Defendants ask that the Court direct the parties

to complete expert discovery following non-expert discovery and before the filing of motions for

summary judgment.

3.  Dispositive motions shall be filed and served no later than 30 days after the close of

discovery.  Oppositions to dispositive motions shall be filed and served 11 days after the date of

service of such motion.  Reply briefs in support of summary judgment shall be filed and served 5

days after the service of such opposition.

     4. All discovery disputes shall be referred to a Magistrate Judge.

     5. The parties shall appear for a pretrial conference on November __, 2008 at _____ _.m. to set dates for the trial unless a motion for summary judgment is filed, in which case, the parties request a pretrial conference be set 45 days after a decision on that motion.

SO ORDERED ON THIS _____ day of _____.

 

                                      _____
                                      PAUL L. FRIEDMAN
                                      UNITED STATES DISTRICT JUDGE