UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| KAMBIZ FATTAHI,<br><br>   Plaintiff,<br><br> v.<br><br>GEORGETOWN UNIVERSITY, *et al.*<br><br>   Defendants. | Civil Action No. 08 CV 00744 (PLF) |

## REPORT PURSUANT TO LOCAL CIVIL RULE 16.3

Counsel for the parties to this lawsuit met, by telephone, on July 1, 2008, pursuant to Local Civil Rule 16.3.  The parties hereby file this report based on that meeting.

(1) The Defendants have not filed a motion to dismiss.

(2) The parties do not anticipate further amendment or joinder of additional parties. However, the parties have agreed to amend the pleadings or join additional parties by October 31, 2008.  At the present time, no factual or legal issues have been agreed upon or narrowed; however, the parties may consider the possibility of such an agreement after further discovery in the case.

(3) The parties have no objection to the assignment of this case to a magistrate judge for discovery purposes.  The parties do not consent to assignment of this case to a magistrate judge for trial purposes.

(4) Counsel will discuss the likelihood of settlement after the discovery period but cannot at this point say whether settlement is likely.

(5) The parties do not believe ADR is appropriate at this point but will revisit the question at an appropriate point in the case.

(6) The Parties are in dispute as to whether this case can be resolved by summary judgment or motion to dismiss.  Defendants believe that the case is amenable to summary judgment.  Plaintiff disagrees.

(7) The parties agree to exchange initial disclosures on August 4, 2008.

(8) The parties agree that discovery shall be conducted within the limits permitted by the Local Rules and the Federal Rules of Civil Procedure. The parties disagree on the scheduling of discovery and are filing separate proposed scheduling orders. The parties, however, believe a protective order is appropriate in this case and are working to jointly file such a proposed protective order.

(9) As reflected in the separate proposed scheduling orders, the parties disagree as to the timing of expert discovery. Plaintiff asks that the Court adopt the schedule specified in Fed. R. Civ. P. 26(a)(2)(C). Defendants ask that the Court enter an order as provided for in Fed. R. Civ. P. 26(a)(2)(C) directing the parties to complete expert discovery following non-expert discovery by the dates set forth in Defendants' proposed scheduling order.

(10) This case is not a class action.

(11) The parties agree that at this time this case should not be bifurcated or managed in phases for purposes of discovery or trial, subject to the right of either party to object to, or seek a protective order, on discovery issues that arise.

(12) The parties disagree on the scheduling of the pretrial conference. Plaintiff believes that 45 days after the close of discovery or a decision on any summary judgment motion is more than sufficient to prepare for the pretrial conference, including preparing the pretrial statement. Defendants believe that 60 days will be required after the close of discovery or a decision on any summary judgment motion to prepare adequately for the pretrial conference.

(13) The parties discussed the discovery of electronically stored information ("ESI"). The parties agreed that the disclosure of metadata will not be required, but the parties preserve the right to seek such data in the future. The parties also agreed that the restoration of backed up e-mails will not be required, but the parties preserve the right to seek such data in the future. The parties are not aware of any other matter appropriate for inclusion in the scheduling order.

/s/ David Wachtel
David Wachtel  DC Bar # 427890
Bernabei & Wachtel, PLLC
1775 T Street, N.W.
Washington, D.C. 20009
(202) 745-1942
*Attorney for Plaintiff Kambiz Fattahi*

        /s/ Malachi B. Jones, Jr.
WILLIAMS & CONNOLLY LLP
John J. Buckley, Jr., D.C. Bar # 925081
Malachi B. Jones, Jr., D.C. Bar # 455555
Richa S. Dasgupta, D.C. Bar # 500509
725 Twelfth Street, N.W.
Washington, D.C. 20005
(202) 434-5000
(202) 434-5029 (fax)
*Attorneys for Defendants Georgetown University, Harrison, Christian and Walton*.

DATED: July 17, 2008