IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| KAMBIZ FATTAHI ) | |
| ) | |
| Plaintiff, ) | Docket No. 08 CV 00744-PLF |
| ) | |
| v. ) | Judge Paul L. Friedman |
| ) | |
| GEORGETOWN UNIVERSITY, et al. ) | Next Event: August 4, 2008 |
| ) | Deadline to File Initial Disclosures |
| Defendants. ) | |

## JOINT REPORT REGARDING MEDIATION

The parties hereby file this Joint Report Regarding Mediation. The parties consent to an early mediation in the above captioned case and prefer to mediate before a magistrate judge. Accordingly, the parties respectfully request that the Court refer this case to Magistrate Judge John M. Facciola for mediation purposes. The parties further request that the mediation be scheduled during the week of August 25-29, 2008.

                                                                Respectfully submitted,

/s/ David Wachtel                           /s/ Malachi B. Jones, Jr.
BERNABEI & WACHTEL, PLLC            WILLIAMS & CONNOLLY LLP
David Wachtel  DC Bar # 427890         John J. Buckley, Jr., D.C. Bar # 925081
1775 T Street, N.W.                         Malachi B. Jones, Jr., D.C. Bar # 455555
Washington, D.C. 20009                   Richa S. Dasgupta, D.C. Bar # 500509
(202) 745-1942                              725 Twelfth Street, N.W.
*Attorney for Plaintiff Kambiz Fattahi*     Washington, D.C. 20005
                                                (202) 434-5000
                                                *Attorneys for Defendants Georgetown University, Darryl Harrison, Winfred Walton, and Randolph Christian.*

July 31, 2008