IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| KAMBIZ FATTAHI | ) | |
| | ) | |
| Plaintiff, | ) | Docket No. 08 CV 00744-PLF |
| | ) | |
| v. | ) | Judge Paul L. Friedman |
| | ) | |
| GEORGETOWN UNIVERSITY, et al. | ) | Next Event: August 4, 2008 |
| | ) | Deadline to File Initial Disclosures |
| Defendants. | ) | |

## AMENDED JOINT REPORT REGARDING MEDIATION

The parties hereby file this Joint Report Regarding Mediation. The parties consent to an early mediation in the above captioned case and prefer to mediate before a magistrate judge. Accordingly, the parties respectfully request that the Court refer this case to Magistrate Judge John M. Facciola for mediation purposes. The parties further request that the mediation be scheduled between August 25-27, 2008, or during the week of September 8-12, 2008.

Respectfully submitted,

/s/ David Wachtel_____
BERNABEI & WACHTEL, PLLC
David Wachtel  DC Bar # 427890
1775 T Street, N.W.
Washington, D.C. 20009
 (202) 745-1942
*Attorney for Plaintiff Kambiz Fattahi*

/s/ Malachi B. Jones, Jr._____
WILLIAMS & CONNOLLY LLP
John J. Buckley, Jr., D.C. Bar # 925081
Malachi B. Jones, Jr., D.C. Bar # 455555
Richa S. Dasgupta, D.C. Bar # 500509
725 Twelfth Street, N.W.
Washington, D.C. 20005
(202) 434-5000
*Attorneys for Defendants Georgetown University, Darryl Harrison, Winfred Walton, and Randolph Christian*.

July 31, 2008