UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| KAMBIZ FATTAHI, )<br>)<br>    Plaintiff, )<br>)<br>v. )<br>)<br>GEORGETOWN UNIVERSITY, *et al.*, )<br>)<br>    Defendants. )<br>) | Civil Action No. 08-0744 (PLF) |

### REFERRAL ORDER

The parties have indicated their desire to engage in settlement discussions before commencing discovery. Accordingly, it is hereby

ORDERED that discovery is stayed until further Order of this Court; it is

FURTHER ORDERED that this matter is referred to Magistrate Judge John M. Facciola for settlement discussions beginning in September 2008. The parties will contact Magistrate Judge Facciola's chambers to schedule a settlement conference; and it is

FURTHER ORDERED that on or before September 30, 2008, the parties shall file a joint report (1) informing the Court as to the status of their settlement discussions (without revealing the content of those discussions), and (2) indicating whether they wish to engage in further settlement discussions or proceed with discovery.

SO ORDERED.

/s/_____
PAUL L. FRIEDMAN
DATE: August 6, 2008                    United States District Judge