REFERRAL TO MAGISTRATE JUDGE

CATEGORY: L

Co 299 (Revised-DC 03/00)

| CAUSE OF ACTION: Civil Rights Act | | | | |
|---|---|---|---|---|
| CASE NO: <br> CA 08-744 | DATE REFERRED: <br> 8/7/2008 <br><br> DISPOSITION DATE: | PURPOSE: <br> Settlement discussions beginning in September 2008. | JUDGE: <br> Paul L. Friedman | MAG. JUDGE <br> John M. Facciola |
| PLAINTIFF(S): <br> Kambiz Fattahi | | | DEFENDANT(S): <br> Georgetown University, et al. | |

ENTRIES: